IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2015 MAR 23  PM 4:02

GEORGE WOLO WASHINGTON
10003 LINDLEY CT
LANHAM MD 20706     *
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.     *     Civil No.: ELH 15-853
              (Leave blank. To be filled in by Court.)

ROSE MDELINE
8821 COLUMBIA 100 PARKWAY
COLUMBIA MD 21043

                    *


_____
(Full name and address of the defendant(s))
**Defendant(s)**     *
******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐  Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒  Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐  Other (explain) DISCRIMINATION OF MY RIGHTS, TO SEE MY BIOLOGICAL SON BY THE HOWARD CO. CIRCUIT COURT OF THE STATE OF MARYLAND

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND BALTIMORE

George Washington

10003 Lindley Ct.Lanham Md.20706

202-486-1001

VS

Rose M.Deline

8821 Columbia 100 Parkway,Columbia Md.21043


Your Honor/Magistrate

I'm a veteran of Iraq & Afghanistan and I'm being discriminated against and my rights abused by the Maryland State Circuit Court of Howard County Case # 13-C-09-077751

With all do respect your honor/magistrate , I'm respectfully requesting that the UNITED STATE DISTRICT COURT FOR THE DISTRICT OF MARYLAND BALTIMORE entervane in my case by scheduling a fair trial /hearing to resolve this matter since I'm not getting any cooperation or a fair trial /hearing from the Maryland State Circuit Court of Howard County

1

My Ex.wife Miss. Rose M.Deline is an illegal alien with all expired legal document , she has no work permit and has ongoing lies that she is born in this Country ( USA ) not only to her employers but as well as in the COURT ON SEVERAL MANY CIRCUMSTANCESES UNDER OATH and I'm in fear for my son's life who was born in this country ( USA )might be taken out of this country along side with her, if deported .

I strongly request that she Ms. Rose Deline bring in her documents to show legalization statuses for this country ( USA ) Passport , Greencard , Workpermit , etc and to also show certificate of completion class of child parenting and anger management program order by the Howard County Circuit Court .

I was falsely accused for domestic violence, handcuffed ,arrested photo taken, fingerprinted, embarrassed by my nieghbor, family Mom/Dad /Bro/Sis. worst of all I got in trouble with the military my unit , lost my civilian job and our house where we lived as a family with our children including Miss Rose Deline.

I was later found innocent / not guilty of all charges that were brought against me. I stayed out never moved back in together with her and filed for a divorced to better provide/support for my children right away. She refused to give me my divorce and I had to wait for about 3yrs until the judge got  very angry and said to her that I can not make this man stay married to you mam, if he doesn't want to stay married to you, so you will (he forced her) sign these document today.  She cried a little,and then she signed the documents .

That was one of the happiest days of my life and that is when all my problems began with visitation.( I love my family but couldn't stay married with domestic violence hanging over my head )

I love all 3 of my children unconditionally and I've always been in their lives since their birth , Ms.Rose Deline have had 3C - Sections paid for with my insurance and for each of those she was not working for about 7to8 months to have time to heal and I as always was the solely provider for all 5 of us during those days/times and I had no problem doing it and I truly loved it

Now it has been an ongoing problem with visitation and she's in contempt of all court orders including the child parenting classes by the STATE OF MARYLAND for all parents. It teaches both parents to open up the lines of communication to better serve their child/children to having a healthy / wealthy family, but Ms. Rose Deline after finding out from my children that I lived with another woman she then became very angry, changed her home address, phone number , would not reply to my emails and filed a trespassing court order for me not to visit or come to her job through her attorney so I had no way of communication.

I filed another compliant to fix this problem of visitation in the STATE of MARYLAND  CIRCIUT COURT of HOWARD COUNTY I got punished by the court CONDITIONING my case for a therapist to prevent me from all visitation which is not only a violation of a 13 year old son but as well as to my rights as his biological father.

3

Your Honor/magistrate I have to approach resolving this matter very carefully because Ms. Rose Deline has continuously been filing false accusations against me to distroy my life and this is still ongoing, please advise her to stop. I'm currently still in the U.S Military and also a DOD employee that is licensed to be armed in all jurisdictions of Md.Dc and Va. for employment purposes

To resolve my complaint I suggest and respectfully request that you demand Ms Deline to excercise what we last ageed upon in the court house except that George Jr. will be picked up / dropped off at his place of residence's front door instead of the mall. I deliberately agreed to give Ms. Rose Deline full custody of all the children due to my obligations of being in a military combat unit, hoping that she would allow with no problem visitation due to the good relationship we had.

To conclude, I'm not a criminal and have no mental illnesses, I've always complied with the LAW. I have no complaints against me in Dept. of Social Service records anywhere in the country. My biological son George Jr. is 13 years old, he plays football and has no mental illnesses or criminal background to require therapy that was ordered by Ms Rose Deline's request. With that said, it is still an ongoing problem communicating with the therapist. I've not spoken to my son or seen the therapist in two years. This has to stop and be fixed, I'm simply a loving father to all my children and want to be involved in their lives. Attached are exhibits / copies to support my case for visitation

4

Your respectfully , George Wolo Washington

*[signature]*

MONDAY MARCH 23, 2015 GW

3.  The relief I want the court to order is:

☐  Damages in the amount of: _____

☐  ~~An injunction ordering~~: Stop the Discrimination and Fix what the State of Maryland Circuit

☐  Other (explain) Court of Howard County Fail to Do. Order Visitation with Custody to allow me to be with my son George Wolo Jr.

Monday March 23, 2015
(Date)

(Signature)

George Wolo Washington
10003 Lindley CT Lanham
MD 20706. 202-486-1001

(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.