AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

GEORGE W. WASHINGTON
10003 LINDLEY CT LANHAM
MD 20706
202-486-1001
_____
*Plaintiff(s)*

v.                                     Civil Action No.

ROSE M. DELINE
8821 COLUMBIA 100 PARK WAY
COLUMBIA MD 21043
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ROSE M. DELINE
8821 COLUMBIA 100 PARK WAY
COLUMBIA MD 21043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GEORGE WOLD WASHINGTON
10003 LINDLEY CT
LANHAM MD 20706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MONDAY MARCH 23, 2015          _____
                                        *Signature of Clerk or Deputy Clerk*